N.Y.S.D. Case # 13-cv-0041(TPG)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand and fourteen.

_____

D. Penguin Brothers Ltd., *et al.*,

Plaintiffs-Appellants,

v.

City National Bank, *et al.*,

Defendants-Appellees.

_____

STATEMENT OF COSTS

Docket No. 14-1056

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:           _____
DATE FILED: November 19, 2014
```

IT IS HEREBY ORDERED that costs are taxed in the amount of $219.40 in favor of Appellee City National Bank and in the amount of $239.00 in favor of Appellees NBUF Development Ltd., Black United Fund of New York, Inc., First Pro Group, Inc., Inner City Strategies, James Robert Williams, AKA J. Robert Williams, AKA Bob Williams.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 11/19/2014